**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. JFM-10-0494** |
| **DARIEN JACKSON,** | * | |
| **Defendant.** | * | |

...oOo...

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE**

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United States Attorney for said District, submits this Response to Defendant Darien Jackson's Motion to Extend Self-Surrender Date (docket no. 43) and states as follows:

1.      On September 2, 2010, the Defendant pled guilty to a criminal Information, charging him with conspiracy to commit money laundering in violation of 18 U.S.C. § 1956.  On April 18, 2011, the Defendant was sentenced to 30 months' imprisonment with the Bureau of Prisons.

2.      Since the time of his sentencing in April 2011, the Defendant has made numerous requests to delay his self-surrender date to the Bureau of Prisons, citing a myriad of health issues. In November 2013, the Defendant requested a 90-day extension of time to report to the Bureau of Prisons based on his current medical condition.  The Government did not oppose the request, but indicated that it would not consent to further extensions given the prolonged length of time between his sentencing and self-surrender date (approximately 2½ years).

3.      While the Government acknowledges that the Defendant has significant medical issues, it is also highly irregular and unusual for a defendant to prolong his self-surrender date to

this extent.  Undersigned counsel consulted with the Bureau of Prisons and was informed that Federal Medical Center – Devens in Ayer, Massachusetts is able to accommodate inmates in wheelchairs, in need of physical therapy, IV antibiotics, and hemodialysis, and have successfully treated inmates with a broad spectrum of medical conditions, including osteomyelitis, anemia, diabetes, hypertension, obesity, and chronic obstructive pulmonary disease.  Federal Medical Center – Devens also has an in-house infectious disease management facility and a contract for surgical needs.  The facility is also able to provide off-site hyperbaric treatments.  Based on these capabilities, the staff at FMC-Devens believes that they are able to accommodate the Defendant and provide adequate medical treatment for his medical condition(s).

4.     Based on the Defendant's improving medical condition and the Bureau of Prisons' ability to provide appropriate and adequate medical treatment for the Defendant's medical condition(s), the Government proposes that the Court order the Defendant to self-surrender in 30-days, rather than the 90-days requested by the Defendant in his Motion.

WHEREFORE, for all of the foregoing reasons, the Government respectfully requests that the Court grant, in part, defendant Darien Jackson's Motion to Extend Self-Surrender Date (docket no. 43), and order the Defendant to surrender to the Bureau of Prisons on or before March 5, 2014.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4807

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2014, a copy of the foregoing

Response was provided to counsel of record via the ECF filing system.


/s/
_____

John W. Sippel, Jr.

Assistant United States Attorney